IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
HELENA DIVISION

| UNITED STATES OF AMERICA, | |
|---|---|
| Plaintiff, | No. CV 16-46-H-SEH |
| vs. | ORDER |
| NORTHWESTERN ENERGY, | |
| Defendant. | |

The parties having filed a Joint Motion for Dismissal,

ORDERED:

The Joint Motion for Dismissal[1] is GRANTED. All claims of the Plaintiff, United States of America, against the Defendant Northwestern Energy, are DISMISSED WITH PREJUDICE as fully compromised and settled on the merits, each party to bear its own costs and expenses.

DATED this 22nd day of May, 2017.

SAM E. HADDON
United States District Judge

---

[1] Doc. 16.

-1-